1  William M. Fitzgerald, Esq.
   LAW OFFICES OF WILLIAM M. FITZGERALD
2  2nd Fl. Macaranas Bldg., Garapan Beach Road
3  P.O. Box 500909
   Saipan, MP 96950
4  Telephone:  (670) 234-7241
5  Fax:         (670) 234-7530

6  Attorney for Petitioner Patrick James Timmerman

FILED
Clerk
District Court

FEB -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
THE NORTHERN MARIANA ISLANDS

IN THE MATTER OF

JOSHUA PATRICK AGCAOILI TIMMERMAN, a minor.

CIVIL ACTION NO. 08 - 0007

**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**

Patrick James Timmerman, by and through his counsel, William M. Fitzgerald, Esq. respectfully petitions the Court to be appointed as Guardian Ad Litem for Joshua Patrick Agcaoili Timmerman, a minor, pursuant to Rule 17(c) of the Federal Rules of Civil Procedure, for the purpose of prosecuting his claim for loss of consortium, resulting from his father's injuries sustained in a plane crash in Saipan, on August 11, 2006, and in support thereof states as follows:

1. This Court has jurisdiction in this matter pursuant to 28 USCA 1332.
2. The Petitioner and the minor child are residents of North Carolina.
3. Petitioner is the father of the minor child.

4. Petitioner, being the father, and being of good character and of sound mind and body, is fit and proper to be appointed the Guardian Ad Litem for Joshua Patrick Agcaoili Timmerman.

5. No previous application for the appointment of Guardian Ad Litem has been made.

WHEREFORE, Petitioner Patrick James Timmerman, by and through his counsel, William M. Fitzgerald, prays that he be appointed Guardian Ad Litem for Joshua Patrick Agcaoili Timmerman, so that he shall have the proper capacity to maintain a civil action for loss of consortium.

DATED this 28 day of January, 2008.

LAW OFFICE OF WILLIAM M. FITZGERALD

By: WILLIAM M. FITZGERALD, ESQ.
Attorney for Petitioner

**VERIFICATION**

I declare under the penalty of perjury that I have read the foregoing Petition and that it is true and correct to the best of my recollection and knowledge and this declaration was executed on this 28 day of January 2008.

_____
PATRICK JAMES TIMMERMAN
Petitioner