William M. Fitzgerald, Esq.
LAW OFFICES OF WILLIAM M. FITZGERALD
2nd Fl. Macaranas Bldg., Garapan Beach Road
P.O. Box 500909
Saipan, MP 96950
Telephone: (670) 234-7241
Fax: (670) 234-7530

F I L E D
Clerk
District Court

FEB - 7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Petitioner Patrick James Timmerman

IN THE UNITED STATES DISTRICT COURT
FOR THE
THE NORTHERN MARIANA ISLANDS

IN THE MATTER OF

JOSHUA PATRICK AGCAOILI
TIMMERMAN, a minor.

CIVIL ACTION NO. 08 - 0007

*EX PARTE* MOTION FOR AN ORDER APPOINTING GUARDIAN AD LITEM

PETITIONER, Patrick James Timmerman, by and through his attorney, William M. Fitzgerald, respectfully moves this Court, *ex parte*, to be appointed as Guardian Ad Litem for Joshua Patrick Agcaoili Timmerman, a minor, for the purpose of prosecuting his claim for loss of consortium, resulting from his father's injuries sustained in a plane crash in Saipan, on August 11, 2006.

DATED this 7th day of February, 2008.

LAW OFFICE OF WILLIAM M. FITZGERALD

By: WILLIAM M. FITZGERALD, ESQ.
Attorney for Petitioner