F I L E D
Clerk
District Court

FEB - 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| In the Matter of ) | Civil No. 08-0007 |
| ) | |
| Joshua Patrick Agcaoili Timmerman, ) | ORDER APPOINTING |
| a Minor ) | GUARDIAN AD LITEM |
| ) | |
| ) | |

BASED UPON the averments contained in the *ex parte* motion for appointment of guardian *ad litem* filed by Patrick James Timmerman, father, and his counsel, William M. Fitzgerald, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that Patrick James Timmerman be and hereby is appointed guardian *ad litem* for his son, Joshua Patrick Agcaoili Timmerman, for purposes of this lawsuit.

DATED this 8th day of February, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)