%AO 440    (Rev. 08/01) Summons in a Civil Action

# United States District Court

## District of the Northern Mariana Islands

PATRICK JAMES TIMMERMAN, individually and as guardian ad litem for JOSHUA PATRICK AGCAOILI TIMMERMAN, a minor, and MARIA PURLEY AGCAOILI TIMMERMAN,

V.

TAGA AIR CHARTER SERVICES, INC., HONG KONG ENTERTAINMENT (OVERSEAS) INVESTMENT, LTD., TINIAN DYNASTY HOTEL, INC., and DOES 1-100

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 - 0007

TO: (Name and address of Defendant)

HONG KONG ENTERTAINMENT (OVERSEAS) INVESTMENT, LTD.
San Jose Village
Tinian, MP 96952

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. Fitzgerald, Esq.
LAW OFFICE OF WILLIAM M. FITZGERALD
2nd Fl. Macaranas Bldg., Garapan Beach Road
P. O. Box 500909
Saipan, MP 96950

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez

CLERK

DATE  FEB - 7 2008

(By) DEPUTY CLERK

AO 440   (Rev. 08/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | February 13, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Rita M. Celis | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served the defendant's Registered Agent, G. Anthony Long, on Wednesday, February 13, 2008, at approximately 12:00 noon at his office in San Jose, Saipan.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Feb. 13, 2008
                    Date

Signature of Server

P. O. Box 500526, Saipan MP 96950
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.