F I L E D
Clerk
District Court

FEB 25 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

William M. Fitzgerald, Esq.
LAW OFFICES OF WILLIAM M. FITZGERALD
2nd Fl. Macaranas Bldg., Garapan Beach Road
P.O. Box 500909
Saipan, MP 96950
Telephone:     (670) 234-7241
Fax:              (670) 234-7530

Brian J. Lawler, Esq.
LIEFF GLOBAL, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone:     (415) 788-8000
Fax:              (415) 788-8002

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PATRICK JAMES TIMMERMAN individually, and as guardian *ad litem* for JOSHUA PATRICK AGCAOILI TIMMERMAN, a minor, and MARIA PURLEY AGCAOILI TIMMERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> TAGA AIR CHARTER SERVICES, INC., HONG KONG ENTERTAINMENT (OVERSEAS) INVESTMENT, LTD., TINIAN DYNASTY HOTEL, INC., and DOES 1-100, inclusive, <br><br> Defendants. | CIVIL ACTION NO. CV08-0007 <br><br><br><br> **APPLICATION OF BRIAN J. LAWLER FOR ADMISSION *PRO HAC VICE*** |

I, BRIAN J. LAWLER, declare as follows:

1.    I am a member of the law firm Lieff Global LLP, and have been retained to represent the plaintiffs in this action. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently with respect to such matters.

2.    My residence address is: is 850 Beech Street, Unit 518, San Diego, C.A. 92101. My office address is: Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California 94111-3339, Telephone: (415) 788-8000, Facsimile: (415) 788-8002.

3.    I graduated from Tulane University on May 13, 1990, and from the University of San Diego School of Law on May 25, 2002.

4.    Since 2002, I have been and presently am a member of and in good standing with the Bar of the State of California.  My Bar license number is 221488.

5.    I am not currently suspended or disbarred in any Court.

6.    I have read and am familiar with the Local Rules of the District Court for the Northern Mariana Islands and will comply with the standards of practice set out therein.

7.    I hereby designate William M. Fitzgerald, Esq. of the Law Office of William M. Fitzgerald, 2nd Floor, Macaranas Bldg., Garapan Beach Road, P. O. Box 500909, Saipan, MP, 96950, Telephone: (670) 234-7241, Facsimile: (670) 234-7530, as co-counsel designee. Attached hereto as Exhibit "A" is the consent of Mr. Fitzgerald to serve as designee.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Dated:  January 28, 2008                    Respectfully submitted,


_____
Brian Lawler (CA State Bar # 221488)
LIEFF GLOBAL LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 788-2060
Facsimile:  (415) 788-8002

*Attorneys for the Plaintiffs*

# EXHIBIT A

William M. Fitzgerald, Esq.
LAW OFFICES OF WILLIAM M. FITZGERALD
2nd Fl. Macaranas Bldg., Garapan Beach Road
P.O. Box 500909
Saipan, MP 96950
Telephone:    (670) 234-7241
Fax:          (670) 234-7530

Brian J. Lawler, Esq.
LIEFF GLOBAL, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone:    (415) 788-8000
Fax:          (415) 788-8002

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PATRICK JAMES TIMMERMAN individually, and as guardian *ad litem* for JOSHUA PATRICK AGCAOILI TIMMERMAN, a minor, and MARIA PURLEY AGCAOILI TIMMERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>TAGA AIR CHARTER SERVICES, INC., HONG KONG ENTERTAINMENT (OVERSEAS) INVESTMENT, LTD., TINIAN DYNASTY HOTEL, INC., and DOES 1-100, inclusive,<br><br>Defendants. | CIVIL ACTION NO. CV 08-0007<br><br><br>**CONSENT TO SERVE AS DESIGNEE FOR BRIAN J. LAWLER** |

I, WILLIAM M. FITZGERALD, declare as follows:

1.      I am a member of the firm of Law Offices of William M. Fitzgerald, counsel for Plaintiffs. The facts stated in this Declaration are known personally to me, and I could testify competently to them.

2.      I am admitted to practice before the United States District Court of the Northern Mariana Islands.

3.      I hereby agree to the association of Law Offices of William M. Fitzgerald with Brian J. Lawler of Lieff Global, LLP, Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California 94111-3339, in the above-captioned case, if this Court should grant his application for admission *pro hac vice*.

I declare under penalty of perjury under the laws of the Commonwealth of the Northern Mariana Islands that the foregoing is true and correct.

Respectfully submitted this 25th day of February, 2008.

LAW OFFICE OF WILLIAM M. FITZGERALD
Attorney for Plaintiffs

By: _____
William M. Fitzgerald, Esq.