William M. Fitzgerald, Esq.
LAW OFFICES OF WILLIAM M. FITZGERALD
2nd Fl. Macaranas Bldg., Garapan Beach Road
P.O. Box 500909
Saipan, MP 96950
Telephone: (670) 234-7241
Fax: (670) 234-7530

Brian J. Lawler, Esq.
LIEFF GLOBAL, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 788-8000
Fax: (415) 788-8002

Attorneys for Plaintiffs

F I L E D
Clerk
District Court

FEB 25 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PATRICK JAMES TIMMERMAN individually, and as guardian *ad litem* for JOSHUA PATRICK AGCAOILI TIMMERMAN, a minor, and MARIA PURLEY AGCAOILI TIMMERMAN,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>TAGA AIR CHARTER SERVICES, INC., HONG KONG ENTERTAINMENT (OVERSEAS) INVESTMENT, LTD., TINIAN DYNASTY HOTEL, INC., and DOES 1-100, inclusive,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. CV08-0007<br><br><br>[PROPOSED] GRTG<br><br>ORDER GRANTING *PRO HAC VICE* APPLICATION OF BRIAN J. LAWLER |

Having considered Brian J. Lawler's application for admission *pro hac vice*, along with supporting documents, applicant is hereby admitted to practice in the United States District Court for the Northern Mariana Islands for the sole purpose of representing plaintiffs in the above-referenced case.

Applicant shall associate with local counsel William M. Fitzgerald, an attorney in good standing, admitted to practice before this Court, and having consented to associate with applicant, whose address is:

Law Offices of William M. Fitzgerald
2nd Floor, Macaranas Bldg., Garapan Beach Road
Post Office Box 500909
Saipan, MP 96950

SO ORDERED: 2-25-08

_____
ALEX R. MUNSON
Judge

**RECEIVED**

FEB 25 2008

Clerk
District Court
The Northern Mariana Islands

-2-