F I L E D
Clerk
District Court

MAR 25 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

PATRICK JAMES TIMMERMAN
individually, and as guardian ad litem for
JOSHUA PATRICK AGCAOILI
TIMMERMAN, a minor and MARIA
PURLEY AGCAOILI TIMMERMAN,

Plaintiffs,

vs.

TAGA AIR CHARTER SERVICES, INC.,
HONG KONG ENTERTAINMENT
(OVERSEAS) INVESTMENTS LTD.,
TINIAN DYNASTY HOTEL, INC. and
DOES 1-100, inclusive

Defendants.

Civil Action No. 08-0007

Case Management Scheduling
Order

William M. Fitzgerald
Attorney at Law
P.O. Box 500909
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 8/82)

Case Management Conference was conducted in the above case on March 25, 2008. As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before September 1, 2008.

2. All motions to amend pleadings shall be filed on or before September 1, 2008.

3. All discovery shall be served by October 1, 2008.

4. All discovery motions shall be filed so as to be heard on or before November 20, 2008. The following discovery documents and proofs of service thereof shall <u>not</u> be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then <u>only</u> that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. Plaintiff expert disclosure - July 1, 2008.

6. Defendant and third-party defendant expert disclosure - August 1, 2008.

7. Plaintiff's rebuttal expert disclosure - September 1, 2008.

8. Defendant's rebuttal expert disclosure - September 1, 2008.

9. Expert discovery shall be completed by October 1, 2008.

10. A status conference will be held on September 5, 2008, at 9:00 a.m.

11. All dispositive motions shall be heard on or before January 15, 2009. Said

AO 72
(Rev. 8/82)

motions shall be filed in accordance with Local Rules 7.1.

12. A settlement conference will be held on July 8, 2008, at 9:00 a.m.

13. A settlement conference will be held on February 6, 2009, at 9:00 a.m.

14. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by February 13, 2009.

15. A final pretrial conference will be held on February 20, 2009, at 9:00 a.m.

16. The trial in this case shall begin on March 2, 2009, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 25th day of March, 2008, Garapan, Saipan, CNMI.

*Alex R. Munson*
Judge Alex R. Munson

3