F I L E D
Clerk
District Court

JUL -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PATRICK JAMES TIMMERMAN, individually and as guardian ad litem for JOSHUA PATRICK AGCAOILI TIMMERMAN, a minor, and, MARIA PURLEY AGCAOILI TIMMERMAN,<br><br>          Plaintiffs<br><br>          v.<br><br>TAGA AIR CHARTER SERVICES, INC., HONG KONG ENTERTAINMENT (OVERSEAS) INVESTMENTS LTD., TINIAN DYNASTY HOTEL, INC., and, DOES 1-100, inclusive,<br><br>          Defendants | Civil No. 08-0007<br><br><br><br><br><br><br><br>ORDER TAKING SETTLEMENT CONFERENCE OFF-CALENDAR<br>and<br>RE-SCHEDULING IT WITH THE STATUS CONFERENCE ON SEPTEMBER 5, 2008 |

AO 72
(Rev. 08/82)

BASED UPON the representations of counsel for plaintiff that he and counsel for all defendants except Doe defendants have agreed and stipulated to request the court to re-schedule the settlement conference presently set for tomorrow, July 8, 2008, to September 5, 2008, to accommodate on-going discussions between the parties and counsels' schedules, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the settlement conference set for Tuesday, July 8, 2008, be and hereby is taken off-calendar; and,

IT IS FURTHER ORDERED that the status conference be and hereby is re-scheduled for the same day as the previously set status conference: **September 5, 2008, at 9:00 a.m.**

DATED this 7th day of July, 2008.

*/s/ Alex R. Munson*
ALEX R. MUNSON
Judge